# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER LEE BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-266 |
| THE STATE OF GEORGIA, ET AL., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Christopher Baker, currently incarcerated in Baldwin State Prison in Hardwick, Georgia, has filed a civil complaint challenging his 2010 Camden County, Georgia conviction for battery and aggravated assault. (Doc. 1.) The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since the challenged conduct occurred in Camden County, the case should have been filed as a Brunswick Division case. *See* 28 U.S.C. § 90(c). Accordingly, the Clerk is DIRECTED to reassign this case to the Brunswick Division.

**SO ORDERED** this <u>26th</u> day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA